UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                                              No.  21-CR-187-LTS

QUIJANO LOPEZ,

        Defendant.

-------------------------------------------------------------x

Scheduling Order

        The pretrial conference in this case is scheduled to proceed on April 17, 2023, at 2:30 p.m., in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

        The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York
       March 31, 2023

                                                                           /s/ Laura Taylor Swain
                                                                         LAURA TAYLOR SWAIN
                                                                         Chief United States District Judge