**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 26, 2023

**By ECF**
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007

## MEMO ENDORSED

Re:     *United States v. Jorge Diego Quijano Lopez and Natanael Pellot*, 21 Cr. 187 (LTS)

Dear Judge Swain:

The Government writes with consent of the defendants to respectfully request an adjournment of the next status conference in the above-captioned case, currently scheduled for June 1, 2023, for approximately 90 days.  The adjournments will allow the Government to complete production of discovery to defendant Quijano Lopez, allow the defendants to review and consider what, if any, motions are to be made, and to allow the parties additional time to discuss potential resolutions of the matter.

Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between June 1, 2023 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).  The Government consulted with defense counsel for the defendants, who do not object to the exclusion of time.

The foregoing request for adjournment is granted. The conference is hereby rescheduled to September 6, at 11:00 a.m.  The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of time from speedy trial computation from today's date through September 6, 2023, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  This resolves docket entry no. 48.
SO ORDERED.
Dated: 5/30/2023
/s/ Laura Taylor Swain, Chief U.S.D.J.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  __/s/_____
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216