UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JORGE DIEGO QUIJANO LOPEZ,<br>    a/k/a "Dieguito,"<br>EMIR ANTONIO RUIZ CHAVEZ,<br>MARCO FIDEL CARDONA,<br>    a/k/a "Gafas", and<br>NATANAEL PELLOT,<br>    a/k/a "Natan",<br><br>                    Defendants. | **ORDER**<br><br>21 Cr. 187 (LTS) |

    Upon the application of the United States of America, by Assistant United States Attorney Elizabeth A. Espinosa, it is hereby ORDERED that the Indictment in this matter be unsealed.

Dated:  New York, New York
         November 8, 2023

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK