

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 24, 2024

**By ECF**
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007

### MEMO ENDORSED

Re:    *United States v. Jorge Diego Quijano Lopez et al.*, 21 Cr. 187 (LTS)

Dear Judge Swain:

  The Government writes with consent of the defendants to respectfully request an adjournment of the next status conference in the above-captioned case, currently scheduled for January 30, 2024, for approximately 90 days.  The adjournments will allow the defendants to review discovery and consider what, if any, motions are to be made, particularly the defendants more recently extradited to the United States.  The adjournment will also allow the parties additional time to discuss potential resolutions of the matter.

  Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between January 30, 2024 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).  The Government consulted with defense counsel for the defendants, who do not object to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  /s/
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216

The foregoing request for adjournment is granted.  The pretrial conference is hereby rescheduled to April 24, 2024, at 12:00 p.m.  The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through April 24, 2024, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE#76 resolved.
SO ORDERED.
January 24, 2024.
/s/ Laura Taylor Swain, Chief USDJ