

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 21, 2024

**By ECF**                                                MEMO ENDORSED
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007

   Re:   *United States v. Jorge Diego Quijano Lopez et al.*, 21 Cr. 187 (LTS)

Dear Judge Swain:

   The Government writes with consent of the defendants to respectfully request an adjournment of the next status conference in the above-captioned case, currently scheduled for June 26, 2024, for approximately 60 days.  The adjournment will allow the parties time to discuss potential resolutions of the matter.

   Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between June 26, 2024 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).  The Government consulted with defense counsel for the defendants, who do not object to the exclusion of time.

                                                Respectfully submitted,

                                                DAMIAN WILLIAMS
                                                United States Attorney

                                        by:  /s/_____
                                             Elizabeth A. Espinosa
                                             Assistant United States Attorney
                                             (212) 637-2216

---

The foregoing request is granted.  The pretrial conference in this case is hereby adjourned to September 11, 2024, at 11:00 AM in Courtroom 17C.  The Court finds pursuant to 18 U.S.C. section 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations through September 11, 2024, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above.  DE#80 resolved.
SO ORDERED.
June 21, 2024
/s/ Laura Taylor Swain, Chief USDJ