

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 8, 2024

**By ECF**
Hon. Laura Taylor Swain
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York  10007

**MEMO ENDORSED**

Re:   *United States v. Jorge Diego Quijano Lopez and Natanael Pellot*, 21 Cr. 187 (LTS)

Dear Judge Swain:

The Government writes with consent of the defendants to respectfully request an adjournment of the next status conference in the above-captioned case, currently scheduled for September 11, 2024, until a date in the first two weeks of January that is convenient for the Court. The Government and counsel for the two defendants in the above-captioned matter are engaged in ongoing discussions about possible resolutions and the adjournment will allow time for those discussions to continue.[1]

Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act between November 12, 2024 through the next scheduled conference, because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).  The Government consulted with defense counsel for the defendants, who do not object to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  /s/
Elizabeth A. Espinosa
Assistant United States Attorney
(212) 637-2216

The foregoing request for an adjournment is granted. The hearing is hereby rescheduled to **January 7, 2025, at 12:00 PM**. The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from speedy trial computations from today's date through January 7, 2025, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE#92 is resolved.
SO ORDERED.
11/12/2024
/s/ Laura Taylor Swain, Chief USDJ

---

[1] As the Court knows, the other two defendants in this matter are scheduled to plead guilty on November 12 and November 13, 2024.