

NEW JERSEY OFFICE
06 POMPTON AVENUE, SUITE 25
CEDAR GROVE, NJ 07009
(973) 239-4300

NEW YORK OFFICE
347 5TH AVENUE, SUITE 1402
NEW YORK, NY 10016
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM
WWW.LGAULIRUFO.COM
FAX: (973) 239-4310

# MEMO ENDORSED

November 10, 2025

*Via ECF*
Hon. Laura Taylor Swain
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

          *Re: USA v. Jorge Diego Quijano Lopez*
          *Case No. 21-cr-187 (LTS)*

Dear Judge Swain:

   I represent Jorge Diego Quijano Lopez in the above matter. A status conference is currently scheduled before Your Honor on December 3, 2025, at 12:00 PM. Unfortunately, I have a pretrial conference scheduled before Judge Rochon on December 3, 2025, at 12:00 PM – the same date and time as Mr. Lopez's status conference. I respectfully request that Your Honor reschedule Mr. Lopez's status conference for either 11:00 AM or 1:00 PM on December 3, 2025. Meredith Foster and Elizabeth Espinosa, on behalf of the Government, have no objection to this request. Alternatively, I would request a date and/or time that is convenient for Your Honor. Your Honor's time and consideration in this matter are greatly appreciated.

                 Respectfully submitted,

                 Lorraine Gauli-Rufo, Esq.
                 *Attorney for Jorge Diego Quijano Lopez*

   cc:   Meredith Foster, AUSA
        Elizabeth Espinosa, AUSA

The hearing is hereby rescheduled to **December 3, 2025, at 10am**.
SO ORDERED.
11/12/2025
/s/ Laura Taylor Swain, Chief USDJ